261 F.2d 112
 Jerline Dick FINLEY
v.
COMMISSIONER OF INTERNAL REVENUE.
 No. 5877.
 United States Court of Appeals Tenth Circuit.
 Sept. 12, 1958.
 
 Ram Morrison, Oklahoma City, Okl., for petitioner.
 Charles K. Rice, Asst. Atty. Gen., and Lee A. Jackson, Atty., Dept. of Justice, Washington, D.C., for respondent.
 Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Petition to review dismissed on motion of petitioner.